# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1706

_____

Kyle Greene

*Plaintiff - Appellant*

v.

Candee S. Gassman; Elizabeth W. Cummins; Eric S. Oelrich; Kristi Stanislawski;
Judge Steven E. Drange; Judge Vicki E. Landwehr; Meeker County, Minnesota;
Stearns County, Minnesota; Eric Boucher

*Defendants - Appellees*

_____

Appeal from United States District Court
for the District of Minnesota - Minneapolis

_____

Submitted: October 5, 2012
Filed: October 23, 2012
[Unpublished]

_____

Before WOLLMAN, MELLOY, and SHEPHERD, Circuit Judges.

_____

PER CURIAM.

In this civil rights action against multiple defendants, Kyle Greene appeals after the district court[1] granted motions to dismiss and for summary judgment prior to discovery, and denied Greene's motions to amend his complaint.

Upon careful review of the record and the parties' arguments on appeal, we agree with the district court's disposition of the case.  See, e.g., Schoelch v. Mitchell, 625 F.3d 1041, 1045 (8th Cir. 2010) (de novo review of grant of summary judgment); Ballard v. Heineman, 548 F.3d 1132, 1136 (8th Cir. 2008) (discovery does not need to be completed before court grants summary judgment); In re NVE Corp. Sec. Litig., 527 F.3d 749, 752 (8th Cir. 2008) (de novo review of denial of motion to amend complaint based on futility); Janis v. Biesheuvel, 428 F.3d 795, 800 (8th Cir. 2005) (purpose of qualified immunity is to avoid subjecting government officials to costs of trial or burdens of broad-reaching discovery; unless plaintiff's allegations state claim for violation of clearly established law, defendant seeking qualified immunity is entitled to dismissal before commencement of discovery).

Accordingly, we affirm.  See 8th Cir. R. 47B.

——————————————————————

[1]The Honorable Patrick J. Schiltz, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Tony N. Leung, United States Magistrate Judge for the District of Minnesota.